**FILED**
CLERK, U.S. DISTRICT COURT

6/5/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MEEKO CARRAWAY, ) Case No. ED CV 13-1576 DMG (JCG)
)
        Petitioner, )
) **JUDGMENT**
    v. )
)
J. SOTO, Warden, )
)
        Respondent. )
)
)

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 30, 2014

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1